## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 4:19-CR-287- |
| | § | ALM-AGD-1 |
| VICTOR ORLANDO MCCULLOCH | § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Now before the court is the request for revocation of Defendant Victor Orlando McCulloch's ("Defendant") supervised release. After the District Judge referred the matter to this court for a report and recommendation, the court conducted a hearing on June 26, 2024, to determine whether Defendant violated his supervised release. Defendant was represented by Michael Pannitto of the Federal Public Defender's Office. The Government was represented by Lesley Brooks.

Defendant was sentenced on June 29, 2021, before The Honorable Amos L. Mazzant, III, of the Eastern District of Texas after pleading guilty to the offense of Conspiracy to Distribute or Possess with Intent to Distribute or Dispense a Controlled Substance, a Class C felony. This offense carried a statutory maximum imprisonment term of 20 years. The guideline imprisonment range, based on a total offense level of 8 and a criminal history category of III, was 6 to 12 months. Defendant was subsequently sentenced to 48 months imprisonment and 3 years supervised release, subject to the standard conditions of release, plus special conditions to include financial disclosure, substance abuse treatment, and a $100 special assessment. On October 7, 2021, Defendant completed his period of imprisonment and began service of the supervision term.

On July 7, 2022, the United States Probation Officer executed a Petition for Warrant or Summons for Offender Under Supervision. (Dkt. #79, Sealed). The Petition asserts that Defendant

violated four conditions of supervision, as follows: (1) (mandatory) Defendant must not commit another federal, state, or local crime; (2) (mandatory) Defendant must not unlawfully possess a controlled substance; (3) (mandatory) Defendant must refrain from any unlawful use of a controlled substance; and (4) (standard) If Defendant is arrested or questioned by a law enforcement officer, Defendant must notify the probation officer within 72 hours. (Dkt. #79 at pp. 1–2, Sealed).

The Petition alleges that Defendant committed the following acts: (1) On April 28, 2022, in Lamar County, Texas, Defendant committed the offenses of Delivery of a Controlled Substance, a 3rd degree felony; Tampering with Physical Evidence, a 3rd degree felony; Evading Arrest with Vehicle, a 3rd degree felony; and Manufacture and Delivery of a Controlled Substance, a 1st degree felony. On July 7, 2022, as part of a traffic stop made by the Paris Police Department, Defendant committed the offense of Evading Arrest, a Class A misdemeanor; (2) On April 28, 2022, Defendant possessed a controlled substance when 6.62 grams of Ecstasy, 9.59 grams of Alprazolam, and 33.45 grams of marijuana were discovered in the vehicle he operated; (3) On October 14, 2021, Defendant submitted a urine specimen that tested positive for marijuana. The specimen was confirmed positive by Alere Toxicology, Inc.; and (4) Defendant failed to report having contact with the Paris Police Department on April 28, 2022. (Dkt. #79 at pp. 1–2, Sealed).

Prior to the Government putting on its case at the final revocation hearing, the Government moved to dismiss allegations (2), (3), and (4). Defendant entered a plea of true to allegation (1) of the Petition.

Having considered the Petition and the plea of true to allegation (1), the court finds that Defendant did violate his conditions of supervised release. Defendant waived his right to allocute before the District Judge and his right to object to the report and recommendation of this court.

## <u>RECOMMENDATION</u>

Pursuant to the Sentencing Reform Act of 1984, the court recommends that Defendant's supervised release be revoked and that he be committed to the custody of the Bureau of Prisons to be imprisoned for an additional term of eighteen (18) months to run consecutively to any state court sentence with no supervised release to follow.

The court further recommends that allegations (2), (3), and (4) be dismissed.

The court finally recommends that Defendant be housed in the Bureau of Prisons facility in the Texarkana, Texas area, if appropriate.

**SIGNED this 8th day of July, 2024.**


AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE